IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01472-CMA-CBS

BRIAN OLDS
    Plaintiff,
v.

RAY ESSLINGER, an individual,
TERRY HAASE, an individual,
CITY OF WESTMINSTER, a Municipal corporation, a Person,
CONNOLLY'S TOWING, INC., a Colorado corporation, a Person,
SIMON MOLE, an individual,
MICHAEL A. COX, an individual,
DON QUICK, an individual,
THE STATE OF COLORADO, a Person, and
DOES 1 through 100,
    Defendants.

___

ORDER
___

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Defendant Cox' "Unopposed Motion to Stay Discovery and to Vacate All Pretrial Settings and Deadlines Pending Determination of Motion to Dismiss Based on Immunity" (filed September 24, 2009) (doc. # 22). Pursuant to the Order of Reference dated July 10, 2009 (doc. # 2), this matter is before the Magistrate Judge. The court having reviewed the Motion, the entire case file, and the applicable law and being sufficiently advised in the premises,

    IT IS ORDERED that:

    1.    Defendant Cox' "Unopposed Motion to Stay Discovery and to Vacate All Pretrial Settings and Deadlines Pending Determination of Motion to Dismiss Based on Immunity" (filed September 24, 2009) (doc. # 22) is GRANTED IN PART.

    2.    The scheduling conference set for October 16, 2009 at 10:00 a.m. (Mountain Time) is **CONVERTED** to a **Status Conference** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. Parties are **not** required to submit a proposed scheduling order, confer in accordance with Rule 26(f), or submit their individual confidential settlement statement(s) as set forth in the court's Order dated August 5, 2009 (doc. # 14).

4. Mr. Olds shall notify all parties who have not yet entered an appearance of the date and time of the status conference, and shall provide a copy of this Order to those parties.

DATED at Denver, Colorado, this 28th day of September, 2009.

BY THE COURT:

   s/Craig B. Shaffer   
United States Magistrate Judge