IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01472-CMA-CBS

BRIAN OLDS,
    Plaintiff,
v.

RAY ESSLINGER, *et al.*,
    Defendants.

---

## ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on "Plaintiff's Motion to Forgive Delayed Filing" (filed September 29, 2009) (doc. # 26). Pursuant to the Order of Reference dated July 10, 2009 (doc. # 2) and the memorandum dated September 30, 2009 (doc. # 27), this matter was referred to the Magistrate Judge. The court has reviewed the Motion, the entire case file, and the applicable law and is sufficiently advised in the premises. While the court owes no "duty" to a *pro se* plaintiff, as stated by Mr. Olds, nevertheless

    IT IS ORDERED that "Plaintiff's Motion to Forgive Delayed Filing" (filed September 29, 2009) (doc. # 26) is GRANTED.

    DATED at Denver, Colorado, this 30th day of September, 2009.

BY THE COURT:

    s/Craig B. Shaffer
    United States Magistrate Judge