# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  09-cv-01472-CMA-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  December 15, 2009** | **Courtroom Deputy:**   Linda Kahoe |

BRIAN OLDS,                                                                    *Pro se*

    Plaintiff,

    v.

RAY ESSLINGER,                                                      Thomas Sullivan Rice
MICHAEL A. COX,                                                     Andrew Mutabaazi Katarikawe

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in session:       12:57 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding service.  Mr. Olds states he will drop the state law claims.  The court clarifies the remaining claims.

Discussion and arguments regarding Defendant Esslinger's Motion to Dismiss, doc #[12], filed 8/4/2009; and Defendant Cox's Motion to Dismiss, doc #[16], filed 8/17/09.

Mr. Rice makes statements.

Mr. Olds makes statements.

Mr. Katarikawe makes statements.

The court cites relevant case law.

**ORDERED**:   Defendant Esslinger's Motion to Dismiss, doc #[12] and Defendant Cox's Motion to Dismiss, doc #[16] are taken under advisement.  The court will issue a recommendation to Judge Argello recommending that the Motions be granted.

The court suggests that Plaintiff obtain legal representation.

HEARING CONCLUDED.
**Court in recess**:         **2:03 p.m.**
Total time in court:      01:06

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.